FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 08, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM HARP,<br><br>Defendant. | No. 1:19-CR-02051-MKD-1<br>No. 1:19-PO-08136-MKD-1<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO DISMISS CASE WITH PREJUDICE<br><br>**ECF No. 12** (1:19-CR-02051-MKD-1)<br>**ECF No. 17** (1:19-PO-08136-MKD-1) |

Before the Court is Defendant's Unopposed Motion to Dismiss with Prejudice in Case Nos. 1:19-CR-02051-MKD-1 (ECF No. 12), 1:19-PO-08136-MKD-1(ECF No. 17).  Defendant moves the Court to dismiss Count 1 of the Information Superseding the Citation (Case No. 1:19-CR-02051-MKD-1, ECF No. 1) based on his successful fulfillment of the parties' Pretrial Diversion Agreement (ECF No. 11).  Consistent with the parties' agreement and as represented by Defendant in his motion, the United States does not oppose the motion.

Accordingly; **IT IS HEREBY ORDERED:**

1. In **Case No. 1:19-CR-02051-MKD-1**, Defendant's Motion to Dismiss Matter with Prejudice (**ECF No. 12**) is **GRANTED**.

ORDER - 1

2. In **Case No. 1:19-PO-08136-MKD-1**, Defendant's Motion to Dismiss the Matter with Prejudice (**ECF No. 17**) is **GRANTED**.

3. Both **Case Nos. 1:19-CR-02051-MKD-1 and 1:19-PO-08136-MKD-1** shall be **DISMISSED WITH PREJUDICE**.

4. The District Court executive is directed to file this order, provide copies to counsel, and close the files.

DATED June 8, 2020.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2